UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
SYLVAN E LEETH,  
INA A LEETH  
DEBTORS.  
_____/

CHAPTER 13  
CASE NO. 16-46626-MAR  
JUDGE MARK A RANDON

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requires an update at confirmation as to the status of debtor's change in residence. Trustee requires debtor to comply with F.R.Bankr.P. 4002(a)(5).

2. Trustee requests a copy of debtor's whole life insurance policy(ies) and recent statements, to verify value and premium expense.

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT  
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

June 28, 2016

/s/ Margaret Conti Schmidt  
Margaret Conti Schmidt (P42945)  
Maria Gotsis (P67107)  
719 Griswold Street, Ste 1100  
Detroit, MI 48226  
(313) 962-5035  
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>SYLVAN E LEETH,<br>INA A LEETH<br>DEBTORS. _____/ | CHAPTER 13<br>CASE NO. 16-46626-MAR<br>JUDGE MARK A RANDON |

### CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

MARRS & TERRY PLLC
6553 JACKSON RD
ANN ARBOR, MI  48103-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

SYLVAN E LEETH
INA A LEETH
P O BOX 95
HANOVER, MI  49241-0000

| | |
|---|---|
| June 29, 2016 | /s/ Barbara A. Ecclestone<br>Barbara A. Ecclestone<br>For the Office of the Chapter 13 Trustee-Detroit<br>719 Griswold Street, Ste 1100<br>Detroit, MI  48226<br>(313) 962-5035<br>notice@det13ksc.com |